[No. 14256-6-III.    Division Three.    May 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALAN BOND, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 93-1-50302-3, Fred R. Staples, J., entered July 5, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[Nos. 14455-1-III; 14456-9-III;  Division Three.   May 14, 1996.]
        14457-7-III.

THE STATE OF WASHINGTON, *Appellant*, v. CARL LEE MITCHELL, SR., *Respondent and Cross-Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, Nos. 94-1-00603-8, 94-1-00598-8, James M. Murphy, J., entered October 31, 1994, and Tari Eitzen, J.,entered October 12, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14568-9-III.    Division Three.    May 14, 1996.]

STATE FARM MUTUAL AUTOMOBILE INS. CO., *Respondent*, v. KENNETH WORRELL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 93-2-00228-1, Michael E. Cooper, J., entered November 14, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 33452-2-I.    Division One.    July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHEL AISPURO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92–1–00484–3, George McIntosh, J., entered December 29, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Coleman and Webster, JJ.